UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

                Plaintiff,

      -against-

SETH PETTUS, et al.,

               Defendants.

1:25-CV-8136 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff James Pettus files this action *pro se*, seeking to proceed *in forma pauperis* ("IFP"). In a judgment dated February 4, 2005, and entered on February 24, 2005, however, the court barred Plaintiff from filing future civil actions in this court without first obtaining from the court leave to file. *See Pettus v. Clarke*, 1:05-CV-1439, 5 (MBM) (S.D.N.Y. Feb. 4, 2005) (electronic docket entry, citing 28 U.S.C. § 1651), *appeal dismissed as frivolous*, No. 05-1314 (2d Cir. Sept. 29, 2005) (electronic docket entry). Plaintiff files this new civil action in this court and seeks IFP status, but he has not sought leave from the court to file this action. The Court therefore dismisses this action without prejudice due to Plaintiff's failure to comply with the court's February 4, 2005 judgment in *Pettus*, 1:05-CV-1439, 5.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   October 20, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge