UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PETTUS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>SETH PETTUS, ET AL.,<br><br>                    Defendants. | 25cv8136 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 20, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  October 21, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge